3 So.2d 914

**Walter SMITH and Earlene Fisher v. STATE.**

**8 Div. 21.**

Court of Appeals of Alabama.

June 10, 1941.

Rehearing Denied June 30, 1941.

W. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

11 So.2d 174

**Will, alias Almus, SMITH, v. STATE.**

**6 Div. 989.**

Court of Appeals of Alabama.

Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

---

8 So.2d 907

**Elon SNYDER v. CITY OF HUNTSVILLE.**

**8 Div. 207.**

Court of Appeals of Alabama.

May 21, 1942.

PER CURIAM.

Appeal dismissed.

---

1 So.2d 49

**SOUTHERN LIFE & HEALTH INSURANCE CO. v. Viola HOPWOOD.**

**8 Div. 99.**

Court of Appeals of Alabama.

March 4, 1941.

A. A. Williams, of Florence, for appellant.

Bradshaw & Barnett, of Florence, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, consent of parties.

---

8 So.2d 226

**Cecil SOWELL v. STATE.**

**4 Div. 724.**

Court of Appeals of Alabama.

March 17, 1942.

Ralph A. Clark, of Andalusia, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

---

4 So.2d 926

**Lillian SPENCER v. STATE.**

**8 Div. 204.**

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.